# UNITED STATES DISTRICT COURT
for the
Central District of California

JS-6

| | |
|---|---|
| SALAR FAHIMIAN  *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:19-cv-03587 KS |
| BMW OF NORTH AMERICA, LLC  *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* BMW OF NORTH AMERICA, LLC recover costs from the plaintiff *(name)* SALAR FAHIMIAN .

☐ **other:** 
_____ .

This action was *(check one)*:

☑ tried by a jury with Judge Karen L. Stevenson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: November 15, 2021

CLERK OF COURT

*Gary Roberts* (signature)

*Signature of Clerk or Deputy Clerk*